| | |
|---|---|
| 1 | Scott A. Kronland, SBN 171693 |
| | Andrew Kushner, SBN 316035 |
| 2 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 3 | San Francisco, CA 94108 |
| 4 | 415-421-7151 (office) |
| | 415-362-8064 (facsimile) |
| 5 | skronland@altber.com |
| | akushner@altber.com |
| 6 | |
| 7 | James E. Nickels |
| | NICKELS LAW FIRM |
| 8 | P.O. Box 6564 |
| | Sherwood, AR 72120 |
| 9 | 501-833-2424 (office) |
| | 501-932-3335 (facsimile) |
| 10 | Jim@NickelsLawFirm.com |
| 11 | *Admitted Pro Hac Vice* |
| 12 | *Attorneys for Plaintiffs* |
| 13 | (Attorneys for Defendants Listed on Next Page) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AFGE LOCAL 3584 and COUNCIL OF PRISON LOCALS #33,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America; JEFF T.H. PON, Director of the Office of Personnel Management; and UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendants. | Case No. 4:18-cv-03754-JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 6-2]** |

CHAD A. READLER
Acting Assistant Attorney General
JENNIFER D. RICKETTS
Director, Federal Programs Branch
CHRISTOPHER HALL
Assistant Branch Director
RACHAEL L. WESTMORELAND (GA Bar No. 539498)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.: (202) 514-1280
Fax: (202) 616-8470

*Attorneys for Defendants*

1   Through their respective counsel, plaintiffs AFGE Local 3584 and Council of Prison
2   Locals #33 (collectively, "plaintiffs") and defendants Donald J. Trump, Jeff T.H. Pon, and Office
3   of Personnel Management (collectively, "defendants") jointly request (1) that the briefing
4   deadlines for defendants' Motion to Dismiss, or, in the Alternative, to Transfer be extended; (2)
5   that the hearing on defendants' Motion to Dismiss, or, in the Alternative, to Transfer be set for
6   October 26, 2018; and (3) that the Case Management Conference scheduled for October 5, 2018
7   be continued until after such time as the Court has ruled on defendants' motion.

## STIPULATION

WHEREAS, on June 25, 2018, plaintiffs filed their complaint in this case. This Court set an initial case management conference for 11:00am on October 5, 2018. Dkt. 16.

WHEREAS, on August 9, 2018, defendants filed a Motion to Dismiss, or, in the Alternative, to Transfer plaintiffs' complaint. Dkt. 18. Plaintiffs' opposition to that motion is due August 23, 2018 and defendants' reply is due August 30, 2018. A hearing on the motion is scheduled for September 14, 2018.

WHEREAS, attorneys for plaintiffs and defendants have discussed scheduling issues and have mutually agreed to request an extension of time for both parties' briefing on defendants' motion. The reasons for this request are set forth in the attached declaration of Scott A. Kronland.

WHEREAS, the parties agree that defendants' motion presents threshold legal issues whose disposition will have a substantial effect on further proceedings, and that judicial economy counsels for a continuance of the initial case management conference until after the Court decides defendants' motion.

NOW, THEREFORE, the parties respectfully request that the Court establish the following schedule:

- September 21, 2018 – deadline for plaintiffs to file their opposition to defendants' Motion to Dismiss, or, in the Alternative, to Transfer;

- October 5, 2018 – deadline for defendants to file any reply in support of their Motion to Dismiss, or, in the Alternative, to Transfer;

- October 26, 2018 – hearing on defendants' Motion to Dismiss, or, in the Alternative, to Transfer.

- The Case Management Conference currently scheduled for October 5, 2018 be continued until after such time as the Court has ruled on defendants' motion.

IT IS SO STIPULATED

Dated: August 20, 2018                    ALTSHULER BERZON LLP

                                          */s/ Scott A. Kronland*
                                          SCOTT A. KRONLAND
                                          Attorneys for plaintiffs

Dated: August 20, 2018                    U.S. DEPARTMENT OF JUSTICE

                                          */s/ Rachael Westmoreland (with permission)*
                                          RACHAEL WESTMORELAND
                                          Attorneys for defendants

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the following schedule is entered:

- Plaintiffs shall file their opposition to defendants' Motion to Dismiss, or, in the Alternative, to Transfer on or before September 21, 2018;
- Defendants shall file any reply in support of their Motion to Dismiss, or, in the Alternative, to Transfer on or before October 5, 2018;
- The hearing on defendants' Motion to Dismiss, or, in the Alternative, to Transfer shall be rescheduled to 9:00am on October 26, 2018.
- The Case Management Conference currently scheduled for October 5, 2018 is continued until after such time as the Court has ruled on defendants' motion.

Dated: August 21, 2018

The Hon. Jeffrey S. White
United States District Judge