Scott A. Kronland, SBN 171693
Andrew Kushner, SBN 316035
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
415-421-7151 (office)
415-362-8064 (facsimile)
skronland@altber.com
akushner@altber.com

James E. Nickels
NICKELS LAW FIRM
P.O. Box 6564
Sherwood, AR 72120
501-833-2424 (office)
501-932-3335 (facsimile)
Jim@NickelsLawFirm.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE LOCAL 3584 and COUNCIL OF PRISON LOCALS #33, | Case No. 4:18-cv-03754-JSW |
| Plaintiffs, | **PLAINTIFFS' RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DONALD J. TRUMP, President of the United States of America; JEFF T.H. PON, Director of the Office of Personnel Management; and UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | |
| Defendants. | |

NOTICE IS HERBY GIVEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiffs AFGE Local 3584 and Council of Prison Locals #33 voluntarily dismiss without prejudice the above-captioned action against all defendants.  This notice of voluntary dismissal is being filed before any defendant filed an answer or motion for summary judgment.

DATE: September 20, 2018

SCOTT A. KRONLAND
ANDREW KUSHNER
Altshuler Berzon LLP

JAMES E. NICKELS
Nickels Law Firm

By:  */s/ Scott A. Kronland*
        Scott A. Kronland

Attorneys for Plaintiffs